**774**

**D. C. JONES, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky,

Feb. 15, 1974.

Anthony M. Wilhoit, Public Defender, Anna H. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

**Greenville NOBLE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile II, Assistant Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

**La Vera Venoka ROLAND, Appellant,**

v.

**Sammie Lee ROLAND, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

John M. Mayer, John M. Mayer, Jr., Louisville, for appellant.

Edwin A. Schroering, Jr., Louisville, for appellee.

Memorandum opinion of the court by Commissioner CATINNA, Affirming.*

**Eddie Lee MAJORS**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Wendell H. Rorie, Hopkinsville, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum opinion of the court by Justice REED, Affirming.*

* Opinion ordered not to be published.